# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA

v.

JESSICA BENALLY

and

KENDALE JOHNSON

CRIMINAL COMPLAINT
(Redacted)

CASE NUMBER:

17-04193MJ-PCT-DMF

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

On or about July 4, 2017, on the Navajo Nation, in the District of Arizona, the defendants, JESSICA BENALLY, a Navajo female, and KENDALE JOHNSON, a Navajo male, did knowingly and intentionally assault Arizona Department of Public Safety Officer J.B., with a dangerous weapon, large rocks and cinder blocks, in violation of Title 18, United States Code, Section 113(a)(3), 2 and 1152.

I further state that I am a sworn law enforcement officer with the Federal Bureau of Investigation, and that this Complaint is based on the following facts: **See attached Affidavit incorporated herein.**

Continued on an attachment sheet and made a part hereof: ☒ Yes ☐ No

REVIEWED BY: *AUSA Camille Bibles*

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _____

__X__ Sworn by Telephone

James E. Kraus, Jr., Special Agent, FBI
Complainant's Name and Title

Complainant's Signature: J.C./c/

7-6-17
Date

Flagstaff, Arizona
City and State

Bruce G. McDonald for
Deborah M Fine, U.S. Magistrate Judge
Name & Title of Judicial Office

Signature of Judicial Officer

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

**REDACTED AFFIDAVIT**

The undersigned, being duly sworn, deposes and states as follows:

1. Your affiant, James E. Kraus, Jr., is a Special Agent (SA) of the Federal Bureau of Investigation (FBI), and is currently assigned to the Flagstaff, Arizona Resident Agency of the Phoenix, Arizona FBI Division. In the course of his official duties, your affiant is charged with the investigation of crimes occurring on the Navajo Indian Reservation within the District of Arizona.

2. The statements contained in this affidavit are based on your affiant's investigation and knowledge, as well as information derived from reports and interviews of the law enforcement officers and witnesses named herein. Because this affidavit is made for the limited purpose of establishing probable cause, your affiant has not listed each and every fact known concerning this investigation.

3. This case involves the investigation of an assault with a dangerous weapon. The victim in the case is Arizona Department of Public Safety State Trooper REDACTED ("J.B."). The incident occurred on July 4, 2017, on the Navajo Indian Reservation, within the District of Arizona, in Kaibeto, Arizona, by Jessica Benally ("Jessica"), a 25-year old female, and Kendale Johnson ("Kendale"), a 27-year old male. Jessica and Kendale committed assault with a dangerous weapon, in violation of Title 18, United States Code, Sections 113(a)(3), 2 and 1152. The Navajo Indian Reservation is a federally recognized Indian Reservation.

4.  On the evening of July 4, 2017, your affiant was contacted by Arizona Department of Public Safety (AZDPS) REDACTED (S.C.). S.C. reported that two suspects were in custody after an incident near Kaibeto, Arizona, on the Navajo Indian Reservation. The suspects, Jessica and Kendale, reportedly fled after J.B. attempted to conduct a traffic stop due to a speeding violation. During the pursuit of the subject vehicle, large rocks and cinderblocks were thrown out of the subject vehicle at the pursuing patrol unit. The subjects escaped, fled from their vehicle on foot, and were apprehended at a house near where the subject vehicle was left in Kaibeto, Arizona.

5.  On July 4, 20117, your affiant spoke with J.B. regarding the incident. J.B. advised that on the late afternoon of July 4, 2017, J.B. was traveling eastbound in his AZDPS patrol unit on State Route 98, near Kaibeto, Arizona. Near milepost 342, J.B. observed a red Toyota Tacoma truck pass J.B. westbound on State Route 98, traveling 82 miles per hour in a 65-mile hour zone. J.B. turned the patrol unit around and drove westbound in pursuit of the red Toyota truck. As J.B. approached the rear of the red Toyota truck, J.B. observed the female passenger throw numerous ½ cinder blocks and rocks the size of basketballs, from the back of the truck bed at J.B.'s pursuing patrol unit. J.B. estimated a rate of speed between 80 and 90 miles per hour. J.B. turned on the emergency lights of the patrol unit during the pursuit at approximate milepost 340.5. J.B. then observed both the male driver and female passenger throw rocks from the side of the Toyota truck, toward J.B.'s pursuing patrol unit. At milepost 335, the Toyota truck slowed, pulled to the right side of the road, then stopped the truck in a perpendicular position in the middle of the road, with the driver side door facing the pursing patrol unit. J.B. slowed the

2

patrol unit, keeping a safe distance from the Toyota truck. Shortly thereafter, the Toyota truck continued westbound on State Route 98, before turning off near milepost 332. The truck then traveled on a dirt road toward the Kaibeto Trading Post.

6. J.B. advised that he waited at milepost 332 on State Route 98 for other officers to assist. Sometime thereafter, Navajo Nation Police Officers responded and located the vehicle at the end of a wash that veered off from the dirt road. Navajo Nation Police Officers tracked Jessica and Kendale to a residence near to where the Toyota truck was parked. Jessica and Kendale were taken into custody by Navajo Nation Police. J.B. saw Jessica after being taken into custody and identified Jessica as the passenger that threw rocks at J.B.'s pursuing patrol unit from the Toyota truck. J.B. estimated that Jessica and Kendale threw 20 to 30 cinder blocks and rocks at J.B.'s pursing patrol unit. Some of the rocks were the size of basketballs.

7. The 2004 Toyota Tacoma, VIN 5TEGN92N940463323, is registered in New Mexico to REDACTED. Navajo Nation police tried to contact the owner of the truck and reached his brother who advised that the truck was stolen a couple of weeks ago. J.B. noted that when he initially saw the Toyota during the pursuit, a New Mexico License plate was on the truck. When the truck was located, parked in the wash, the license plate was different, it was now a Texas plate, 8CTN72, which is registered to a Ford truck. Numerous shell casings from various calibers of guns were located in the inside cabin of the red Toyota Tacoma. Two fresh bullet holes were also located inside the truck, one on the inside driver door, and one on the roof of the truck. AZDPS Detective REDACTED ("D.W.") located a black backpack under a rock, east of the truck. The backpack had

miscellaneous items including a Sig Sauer 9mm magazine and numerous rounds of various ammunition calibers. Navajo Nation Police S.B. located a handgun further up the hillside, east of where the backpack was located, atop the hill. Coke cans were also found inside the vehicle and near to where the handgun was located atop the hill. A camouflaged duffel bag was also located near the Toyota truck.

8. On July 5, 2017, your affiant and AZDPS D.W. interviewed Jessica at the Tuba City Jail in Tuba City, Arizona. Jessica waived her rights, after your affiant reviewed the Advice of Rights form with her, and agreed to speak with your affiant. Jessica stated that Kendale picked her up in the red Toyota truck a couple of weeks ago in Shiprock, New Mexico. Jessica did not know where Kendale got the truck. Recently, Jessica and Kendale moved to Kaibeto, into Kendale's parents' previous residence, where Jessica and Kendale were arrested on July 4, 2017. On July 4, 2017, Kendale and Jessica went to a friend's house in Kaibeto. Jessica smoked marijuana and suspected that Kendale and his friend smoked methamphetamine. Sometime thereafter, Jessica and Kendale left with Kendale who was driving the Toyota truck and Jessica as the passenger. While traveling on State Route 98, a police car passed as Kendale had accidentally swerved. Jessica told Kendale that the DPS patrol unit turned around and Kendale became nervous. Jessica began throwing rocks, shown by Jessica as bigger than fist size, out of the back of the truck, at the pursuing DPS unit. Jessica's intent was to hit the bottom of the DPS patrol unit and the oil pan. She claimed that Kendale did not throw rocks or cinder blocks. Kendale later parked and left the truck. Kendale and Jessica walked to their residence in Kaibeto and were later arrested. Jessica stated that the coke cans in the vehicle were hers, as was the

camouflage duffel bag left outside near the Toyota truck. Jessica was unaware of a handgun or swapping out license plates. Jessica did see ammunition in the Toyota truck.

9. On July 5, 2017, your affiant and AZDPS D.W. interviewed Kendale at the Tuba City Jail in Tuba City, Arizona. Kendale waived his rights, after your affiant reviewed the Advice of Rights form with him, and agreed to speak with your affiant and D.W.. Kendale appeared to be evasive during the interview by providing numerous inconsistent statements. Kendale claimed that a nephew to the owner of the red Toyota Tacoma truck gave Kendale the keys to use the truck a few weeks ago. Kendale admitted driving the Toyota truck on July 4, 2017, but he denied throwing rocks at the officer. Kendale denied, then later acknowledged that he hid the black backpack with ammunition and the handgun at the top of the hill near the truck. Kendale advised that he hid numerous other guns in the same area and that the guns were stolen. Kendale explained that he committed numerous home burglaries and stole guns during the previous week due to pressure from an ongoing feud. Kendale described one incident on June 28, 2017, when he claims that a gun was held to his head and his family was threatened. Kendale advised that he went back to the house a few days later, believed to be July 2, 2017, in retaliation, and shot three rounds of 22 ammunition on the ground, near the front door of the Kaibeto residence, in front of an unidentified individual. Kendale advised that he did not stop for AZDPS patrol on Navajo Route 98 because he was already turning on to the gravel road and that he believes that AZDPS does not have jurisdiction off the highways on the reservation. Kendale denied swapping the Toyota truck license plates after he left the truck in the wash.

10. The incidents described above occurred within the boundaries of the Navajo Indian Reservation, in Coconino County, in the District of Arizona. Based on the foregoing, your affiant believes that Jessica and Kendale have committed assault with a dangerous weapon, in violation of Title 18, United States Code, Section 113(a)(3), Section 2, and 1152.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
James E. Kraus, Jr.
Special Agent, FBI

7-6-2017
Date

SWORN TO AND SUBSCRIBED BEFORE ME on this ___6th___ day of July, 2017.

_____
BRUCE G. MCDONALD FOR DEBORAH M FINE
United States Magistrate Judge