GARY M. RESTAINO
United States Attorney
District of Arizona

DIMITRA H. SAMPSON
Arizona State Bar No. 019133
Email: dimitra.sampson@usdoj.gov
W. VINNIE LICHVAR
Arizona State Bar No. 028112
Email: vinnie.lichvar@usdoj.gov
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-23-8020-PCT-SPL (JZB) |
| Plaintiff, | **NOTICE OF RELATED CASES** |
| vs. | |
| Kendale Johnson, | |
| Defendant. | |

Pursuant to Local Rule 5.1, the United States of America, by and through its attorneys undersigned, hereby gives notice to the court that this case is directly related to another pending criminal case, *United States v. Kendale Johnson*, CR-17-8175-002-PCT-SPL.

Respectfully submitted this 14th day of February, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Dimitra H. Sampson*
DIMITRA H. SAMPSON
W. VINNIE LICHVAR
Assistant U.S. Attorneys